# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Jeanette Wideman-Lindsay
       Bankruptcy No. 15-19121AMC
       Adversary No.
       Chapter      13

                                     Date:   August 18, 2016

To:        Bruce Trawick, Esq.

## <u>NOTICE OF INACCURATE FILING</u>

Re:  <u>Certificate of Service (attachment to docket #35)</u>

The above pleading was filed in this office on **8/17/16.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

| | |
|---|---|
| ( ) | Debtor's name does not match case number listed |
| ( ) | Debtor's name and/or case number (is) are missing |
| ( ) | Wrong PDF document attached |
| ( ) | PDF document  not legible |
| ( ) | Notice of Motion/Objection |
| **(x)** | Electronic Signature missing |
| ( ) | Other |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                                  Timothy B. McGrath
                                  Clerk

                                  By:  **Randi Janoff**
                                  Deputy Clerk

CM-ECF 10 day notice.frm
4/30/04