# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JEANETTE WIDEMAN-LINDSAY , )
       (Debtor) ) Case No. 15-19121 AMC
                                       ) Chapter 13
                                       )
                                       )

## CERTIFICATE OF SERVICE

    I, Bruce J. Trawick, Esq. Attorney for Debtor, do hereby certify that true and correct copies of this Answer to U.S. BANK NATIONAL'S MOTION FOR RELIEF FROM STAY have been served this  17  , day of  AUGUST  ,2016 by first class mail, and/or facsimile postage prepaid, upon those listed below.

JOSHUA ISAAC GOLDMAN
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

William C. Miller, Esquire
Standing Trustee
Post Office Box 40119
Philadelphia, PA 19106-0119




/s/ Bruce J. Trawick
Bruce J. Trawick, Esq.
Attorney for Debtor