United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-19121-amc
Jeanette Wideman-Lindsay                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 2              Date Rcvd: Dec 07, 2016
                              Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db              +Jeanette Wideman-Lindsay,    6639 N. Fairhill Street,    Philadelphia, PA 19126-3020
13652057        +CHASE HOME FINANCE LLC,    PO Box 182613,    Columbus, OH 43218-2613
13652059       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court:   DIRECT TV,    PO BOX 78626,    Phoenix, AZ 85062)
13652058        +Dental Soultions,    722 Market Street,    Philadelphia, PA 19106-2312
13652060        +KML Law Group, P.C.,    BNY Independence Center,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
13670163         Navient Solutions, Inc. on behalf of,    Educational Credit Management Corporatio,
                  PO BOX 16408,    St. Paul, MN 55116-0408
13652061        +PECO ENERGY,    PO Box 37629,    Philadelphia, PA 19101-0629
13652062        +PGW,    PO Box 11700,    Newark, NJ 07101-4700
13736142        +U.S. Bank National Association,    c/o Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Dec 08 2016 01:56:18     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2016 01:56:08
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2016 01:56:15     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13652056        +E-mail/Text: g20956@att.com Dec 08 2016 01:57:34     AT&T WIRELESS,    15901 E SKELLY DRIVE,
                  Tulsa, OK 74116-2809
13734381         E-mail/Text: bankruptcy@phila.gov Dec 08 2016 01:56:19     City of Philadelphia,
                  Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13669950        +E-mail/Text: bankruptcygroup@peco-energy.com Dec 08 2016 01:56:04     PECO Energy Company,
                  Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13652063         E-mail/PDF: pa_dc_claims@navient.com Dec 08 2016 01:49:30     SALLIE MAE,    PO Box 9500,
                  Wilkes Barre, PA 18773-9500
13652064         E-mail/Text: james.feighan@phila.gov Dec 08 2016 01:57:36     WATER REVENUE BUREAU,
                  1401 JFK BLVD.,    PHILADELPHIA, PA 19102-1663
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association,Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRUCE J. TRAWICK    on behalf of Debtor Jeanette  Wideman-Lindsay brucejitzi@gmail.com,
               srowe@dc33lsp.org
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association,Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

```
District/off: 0313-2          User: Denine              Page 2 of 2            Date Rcvd: Dec 07, 2016
                              Form ID: pdf900           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

                                                                                                TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEANETTE WIDEMAN-LINDSAY                              Chapter 13

                        Debtor            Bankruptcy No. 15-19121-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW**, this ____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-


Debtor:
JEANETTE WIDEMAN-LINDSAY

6639 N. Fairhill Street

Philadelphia, PA 19126